IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NO.: 5:22-CR-277 |
| ) | (Related to Case No. 1:22-CR-409) |
| Plaintiff,  ) | |
| ) | JUDGE JOHN R. ADAMS |
| ) | (Related Case Judge Pamela A. Barker) |
| ) | |
| v.  ) | |
| ) | |
| RONALD SMITH,  ) | NOTICE REGARDING RELATED CASE |
| ) | |
| Defendants.  ) | |
| ) | |
| ) | |

Now comes the United States of America, by and through its counsel, Michelle M. Baeppler, First Assistant United States Attorney, Marc D. Bullard, and Brad J. Beeson, Assistant United States Attorneys, and notifies this Court, under Local Criminal Rule 57.9(b)(3), that the above captioned case may be considered related to Case No. 1:22-CR-409, United States v. Thomas Schmitt, which is assigned to Judge Pamela A. Barker.

Although Rule 57.9 provides for reassignment of related cases, the rule itself does not articulate a governing standard. Rather, when filing a criminal case, the United States Attorney's Office is required "in any case which is, or might be considered, related to another case, file a motion/notice with both District Judges advising the Court of the relationship." Id.

Pursuant to that rule, the government is hereby providing this notice. The indictment filed in the above captioned case arises out of the same operative facts as the indictment filed in Case No. 1:22-CR-409. More specifically, this defendant is part of the same conspiracy and therefore, these cases should be assigned to the same Judge. Accordingly, under the rule, the government provides notice to both district court judges that the above-captioned case is related to Case No. 1:22-CR-409.

A copy of this pleading will be also filed in Case No. 1:22-CR-409.

    Respectfully submitted,

    MICHELLE M. BAEPPLER
    First Assistant United States Attorney


    /s/ Marc D. Bullard
    Marc D. Bullard (OH: 0078206)
    Brad J. Beeson (IL: 6236690)
    Assistant United States Attorneys
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3644 / 3850
    (216) 522-7499 (facsimile)
    Marc.Bullard@usdoj.gov
    Brad.Beeson@usdoj.gov